UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                  CHAPTER 7 CASE

Ronald Banken                    CASE NO. 10-40518
Stacy Banken
                                     ORDER
               Debtors.
_____

       This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based upon the files and records,

       IT IS ORDERED:

       1.       The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated September 20, 2007, executed by Ronald Banken and Stacy Banken husband and wife , recorded on October 30, 2007, as Document No. 661580, covering real estate located in Sherburne County, Minnesota, legally described as follows:

        Lot 8 Block 2 Evergreen Forrest Third Adition, Sherburne County Minnesota
        And commonly known as 12961 Martin Drive, Becker, Minnesota 55308-8859

and may pursue its remedies under state law in connection with the mortgage deed.

       2.       Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: April 8, 2010                                /e/ Nancy C. Dreher
                                                              Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/08/2010
Lori Vosejpka, Clerk, by KK